**FILED**

JUN 0 9 2026

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:26-cr-073 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| ALYSHA ANNE BUELL, | ) | T. 21 U.S.C. § 841(a)(1) |
| | ) | T. 21 U.S.C. § 841(b)(1)(A) |
| Defendant. | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(Possession with Intent to Distribute a Controlled Substance)**

On or about June 9, 2025, in the Southern District of Iowa, the defendant, ALYSHA ANNE BUELL, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**A TRUE BILL.**

_____
FOREPERSON

David C. Waterman
United States Attorney

By: _____
Richard D. Westphal
Assistant United States Attorney

1